JOYCE *v.* EMPEY

Appeal from Wayne, George E. Bowles, J. Submitted Division 1 February 11, 1969, at Detroit. (Docket No. 5,343.) Decided March 26, 1969.

Complaint by Betty Lee Joyce, Robert Joyce, and Ohio Casualty Insurance Company against James Empey to recover damages for automobile accident. Answer to complaint was filed on behalf of defendant pursuant to his contract of insurance with Michigan Mutual Liability Company. Verdict and judgment for plaintiff. Michigan Mutual declined to pay judgments. Plaintiffs brought garnishment action against Michigan Mutual Liability Company. Judgment of no cause of action in favor of garnishee defendant. Plaintiffs appeal. Affirmed.

*Alexander, Buchanan & Conklin,* for plaintiffs.

*Johnson, Campbell & Moesta,* for defendant.

BEFORE: Fitzgerald, P. J., and R. B. Burns and Bronson, JJ.

Per Curiam. Plaintiffs appeal from an order denying a new trial and a judgment non obstante veredicto in a garnishment action against garnishee-defendant insurance company in the sum of $3,751. Garnishee-defendant declined to pay, claiming its

assured had breached the cooperation clause of his contract of insurance, through failure to appear for trial of the principal action. On appeal plaintiffs claim that the judgment of no cause of action in favor of garnishee-defendant was against the great weight of the evidence.

We hold that where evidence of noncooperation resulting in actual prejudice to the insurer is conflicting, this Court will not disturb the finding of the trier of fact if it is supported by competent evidence. *Allen* v. *Cheatum* (1958), 351 Mich 585. The record here discloses competent evidence to support a finding of prejudice.

Affirmed.